```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/1/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE PLUMBERS AND
STEAMFITTERS LOCAL 21 BENEFIT FUNDS,

        Plaintiffs,

  - against -

NORTHEAST MECHANICAL SERVICES INC.,

        Defendant.

---

14 Cv. 0958 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court found that the plaintiffs are entitled to a default judgment against the defendant. The Court referred the case to Magistrate Judge Francis for an inquest on damages. The Court has now reviewed the Report and Recommendation of Magistrate Judge Francis dated September 11, 2014. No objections were filed and the time for such objections has now passed. In any event, the Court finds that the Report and Recommendation is well reasoned. Therefore, for the Reasons stated in the Report and Recommendation, the Court directs the Clerk to enter judgment in favor of the plaintiffs and against the defendant in the amount of $98,643.30 and to close this case.

SO ORDERED.

Dated:    New York, New York
            September 30, 2014

                                                        John G. Koeltl
                                           United States District Judge